UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :    15Cr0876 (DLC)
                                         :
            -v-                          :    ORDER
                                         :
NEHEMIAH CASEY McBRIDE,                  :
                                         :
                      Defendant.         :
                                         :
----------------------------------------X

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that counsel for the Government and the defendant shall confer with the Probation Officer concerning potential dates for a hearing on the specifications of violation of supervised release entered against the defendant. The Government shall submit proposed dates in writing to the Court by no later than December 6, 2019.

Dated:   New York, New York
         November 27, 2019

                                    _____
                                         DENISE COTE
                                    United States District Judge