UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
UNITED STATES OF AMERICA,

 -v-

NEHEMIAH CASEY MCBRIDE,

         Defendant.
------------------------------------- X

15Cr0876 (DLC)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/19

DENISE COTE, District Judge:

    For the reasons set forth on the record on December 17, 2019, it is hereby

    ORDERED that the defendant Nehemiah Casey McBride (USM # 73500-054) is remanded to the custody of the United States Marshal's Service.

Dated:    New York, New York
          December 17, 2019

                              _____
                              DENISE COTE
                        United States District Judge