```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA,            :
                                     :
              -v-                    :      15cr876 (DLC)
                                     :
NEHEMIAH CASEY MCBRIDE,              :      ORDER
                                     :
              Defendant.             :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On April 6, 2020, defendant Nehemiah Casey McBride filed an emergency motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) or, in the alternative, to serve the remainder of his sentence in home confinement pursuant to 18 U.S.C. § 3264.  It is hereby

ORDERED that the Government shall file its response to the motion by **4 p.m. on April 7, 2020**.

Dated:   New York, New York
         April 6, 2020

                                    _____
                                            DENISE COTE
                                    United States District Judge