```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                -v-                   :           15cr876 (DLC)
                                      :
NEHEMIAH CASEY MCBRIDE, USM #         :           ORDER
73500-054,                            :
                                      :
                Defendant.            :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    On April 6, 2020, Nehemiah Casey McBride (USM # 73500-054) brought an emergency motion for compassionate release.  On January 3, 2020, McBride was sentenced to a term of imprisonment of four months with no term of supervised release to follow.  He is scheduled to be released on April 13, 2020.  His attorney represents that McBride suffers from asthma.  The defendant asks that he be permitted to serve the remaining days of his sentence on home confinement.  On April 7, The Government indicated that it did not oppose his immediate release.  Accordingly, it is hereby

    ORDERED that the Bureau of Prisons shall release Nehemiah McBride from custody forthwith.

    IT IS FURTHER ORDERED that Nehemiah McBride shall go directly to his home and remain there until April 13, 2020, at

noon, except that he may leave home to obtain emergency medical care.

Dated: New York, New York
       April 7, 2020

                                    _____
                                           DENISE COTE
                                    United States District Judge